IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4032-01-CR-C-SOW |
| | ) | |
| DAVID L. MULLIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Defendant Mullin appeared before Magistrate Judge William A. Knox on March 17, 2008, and entered a plea of guilty to Count One of the indictment filed on June 28, 2007. Magistrate Judge Knox determined that the plea of guilty was knowledgeable and voluntary and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that the plea of guilty is accepted and defendant David L. Mullin, Jr. is adjudged guilty. It is further

ORDERED that a Presentence Investigation Report be prepared as to defendant Mullin.

/s/SCOTT O. WRIGHT
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 3/24/08